No. 23-2097

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 11, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| JOHN DOE and TIM BROWN, ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ATTORNEY GENERAL DANA NESSEL, et al, ) | |
| ) | |
| Defendants-Appellees. ) | |

The defendants appeal the dismissal of their complaint in a civil case. The clerk previously held this case in abeyance pending the district court's ruling on the defendants' motion for reconsideration. The appellants subsequently withdrew their motion for reconsideration in the district court.

In light of the withdraw of the motion for reconsideration, the abeyance is **LIFTED**, and this appeal is returned to active status. Briefing will be resumed with a new briefing schedule issued under separate cover.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/11/2024.

**Case Name:** John Doe, et al v. Dana Nessel, et al
**Case Number:** 23-2097

**Docket Text:**
ORDER filed: In light of the withdraw of the motion for reconsideration, the abeyance is LIFTED, and this appeal is returned to active status. Briefing will be resumed with a new briefing schedule issued under separate cover.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Timothy Ronald Brown
1300 Michigan Boulevard
Dunedin, FL 34698

**A copy of this notice will be issued to:**

Mr. Bryan William Beach
Ms. Cassandra A. Drysdale-Crown
Ms. Kinikia D. Essix
Ms. Brooke Elizabeth Tucker